

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00886-CR

The **STATE** of Texas,
Appellant

v.

Juan Orlando **GARCIA COMPEAN**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13930CR
Honorable Dennis Powell, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's order granting Appellee's application for pretrial writ of habeas corpus is REVERSED AND REMANDED for further proceedings consistent with this opinion.

SIGNED August 27, 2025.

_____
Adrian A. Spears II, Justice